IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RONDA DePRIEST**                                                **PLAINTIFF**

**V.**                                **No.4:12CV00235 JMM**

**DENNIS MILLIGAN,**
**individually and in his**
**official capacity**                                    **DEFENDANT**

## ORDER

Pending are the Defendant's motion for summary judgment, docket # 4 and Plaintiff's motion to stay, docket # 6.  Plaintiff's complaint was originally filed in the Circuit Court of Saline County, Arkansas on April 26, 2011.  Defendant's motion for summary judgment was filed on February 24, 2012, and Plaintiff filed her motion to stay time to respond to motion for summary judgment on March 7, 2012.  Thereafter, Plaintiff filed an amended complaint adding new claims and causes of action and on April 19, 2012, Defendant filed a notice of removal.  In light of the filing of Plaintiff's amended complaint and the removal of this action to this Court, the motions, docket #'s 4 and 6 are denied without prejudice to refile.

IT IS SO ORDERED this 25th day of April, 2012.

*[signature]*
James M. Moody
United States District Judge