IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RONDA DEPRIEST**                                                                                          **PLAINTIFF**

**v.**                            **No. 4:12CV00235 KGB**

**DENNIS MILLIGAN**                                                                       **DEFENDANT**

**NOTICE OF STATUS CONFERENCE**

The Court will conduct a status conference by telephone conference call on May 28, 2013, at 10:00 a.m.  The Court will inquire of counsel regarding the pending discovery dispute (Dkt. Nos. 26-41).  For this status conference, please have your calendars and your clients' availability in the coming weeks.

SO ORDERED this the 24th day of May, 2013.

_____
Kristine G. Baker
United States District Judge