IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONDA DEPRIEST                                                                PLAINTIFF

v.                              No. 4:12-cv-00235 KGB

DENNIS MILLIGAN                                                              DEFENDANT

## ORDER

Before the Court is Rick Meyer's motion to cancel deposition as scheduled and to quash underlying subpoena (Dkt. No. 47). The motion is granted in part and denied in part. In Mr. Meyer's motion, he represents that plaintiff's counsel will agree to postpone the deposition if the Court extends the discovery cutoff in this matter to allow the deposition to be taken later. The Court orders that Mr. Meyer's deposition, currently scheduled for June 10, 2013, at 10:00 a.m., be postponed due to Mr. Meyer's conflicting medical appointments. For good cause shown, Mr. Meyer's motion is granted to the extent that the motion requests his deposition be cancelled as currently scheduled.

With this ruling, the Court makes clear that Mr. Meyer's deposition should proceed at a later date and time. Accordingly, the Court denies Mr. Meyer's motion to the extent it seeks to quash the underlying subpoena, which the Court has not reviewed because it was not attached to Mr. Meyer's motion.

The Court directs plaintiff to file the appropriate motion to extend the discovery cutoff to permit plaintiff to take Mr. Meyer's deposition at a later time, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

SO ORDERED this 7th day of June, 2013.

_____
Kristine G. Baker
United States District Judge